KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6816
Facsimile: (415) 436-6748
email:    stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONE WALTHER MODEL P99, 9mm, ) <br> PISTOL, SERIAL No. 1070349, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | C 07 0273 <br><br> **NOTICE OF FORFEITURE ACTION** |

NOTICE IS HEREBY GIVEN that on January 16, 2007, the United States filed a civil complaint seeking forfeiture of the above-captioned weapon. In its complaint, the Government alleges that the defendant weapon is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

In order to contest forfeiture of the above-captioned weapon, any person having or claiming an interest in the defendant weapon must file a verified statement of interest or right (claim), in the manner set forth in Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, within thirty (30) days after the date of service of the Government's complaint or, as applicable, within

1 | thirty (30) days after the date of final publication of notice of the filing of the complaint,
2 | whichever is earlier, or within such additional time as the Court may allow, pursuant to Rule
3 | C(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims.

4 |     The statement of interest or right (claim) must be verified on oath and must state the
5 | interest in the defendant weapon by virtue of which the claimant demands its right to defend this
6 | action. If the statement of interest or right (claim) is made by an agent, bailee, or attorney on
7 | behalf of the person entitled to possession of the weapon, it shall state the authority by which
8 | he/she is entitled to make the claim on behalf of such person.

9 |     Any person who files a statement of interest or right (claim) to the weapon, must serve
10 | and file an answer within twenty (20) days after the filing of the statement of interest or right
11 | (claim).

12 |     Additional regulations and procedures governing forfeiture actions, including the filing of
13 | petitions for remission and mitigation of forfeitures, are found in Title 18, United States Code,
14 | Section 983; Title 19, United States Code, Sections 1602-1619, and Title 28, Code of Federal
15 | Regulation, Part 9.

16 |     Statements of interest (claims) and answers must be filed with the Officer of the Clerk,
17 | United States District Court for the Northern District of California, 450 Golden Gate Avenue,
18 | 16th Floor, San Francisco, California 94102, and copies served upon the United States
19 | Attorney's Office, Attention: Stephanie M. Hinds, Assistant United States Attorney, United
20 | States Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.

22 | Dated: January 16, 2007                          Respectfully submitted,

                                           KEVIN V. RYAN
                                           United States Attorney

                                           STEPHANIE M. HINDS
                                           Assistant United States Attorney