1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4
   STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-6816
7      Facsimile:  (415) 436-6748
       Email: stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9
                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12
13 UNITED STATES OF AMERICA,          )      **Case No.  C 07-0273 SBA**
                                       )
                 Plaintiff,            )
14                                     )      **CERTIFICATE OF SERVICE**
          v.                           )
15                                     )
                                       )
16 ONE WALTHER MODEL P99, 9mm,         )
   PISTOL SERIAL No. 1070349,          )
17                                     )
                                       )
18               Defendant.            )
   _____ )
19
        The undersigned hereby certifies that she is an employee in the Office of the United States
20
   Attorney for the Northern District of California and is a person of such age and discretion to be
21
   competent to serve papers.  The undersigned further certifies that she caused a copy of
22
          •       Complaint for Forfeiture;
23
          •       Notice of Forfeiture Action;
24
          •       Warrant of Arrest of Property in Rem;
25
          •       Standing Order;
26
          •       ECF Registration Information Handout;
27
          •       Notice of Availability of Magistrate Judge; and
28
          •       Dispute Resolution Procedures booklet

1    to be served this date via certified mail delivery upon the person(s) below at the place(s) and

2    address(es) which is the last known address(es):

3
     Daniel Jensen                          Vinicio Gasca, Register Number 10564-111
4    4675 Steven Creek Blvd., Suite 250     FCI Dublin
     Santa Clara, CA 95051                  5701 8th Street, Camp Parks
5    Attorney for Vinicio Gasca             Dublin, CA 94568

6    Kara Gasca
     16964 Kennedy Road
7    Los Gatos, CA 95032

8
         I declare under penalty of perjury under the laws of the United States of America that the
9
     foregoing is true and correct.
10
         Executed this 22nd  day of January, 2007, at San Francisco, California.
11

12

13                                      _____/S/_____
                                        CAROLYN JUSAY
14                                      Legal Assistant
                                        Asset Forfeiture Unit
15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                                          2
C 07-0273 SBA