1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6816
7  Facsimile:  (415) 436-6748
   Email: stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9                                         UNITED STATES DISTRICT COURT
10                                        NORTHERN DISTRICT OF CALIFORNIA
11                                                  OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No.  C 07-0273 SBA** |
| ) | |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| ) | |
| ) | |
| ONE WALTHER MODEL P99, 9mm, ) | |
| PISTOL SERIAL No. 1070349, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

• Clerk's Notice re Case Management Conference

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Daniel Jensen                                              Vinicio Gasca, Register Number 10564-111
4675 Steven Creek Blvd., Suite 250                         FCI Dublin
Santa Clara, CA 95051                                      5701 8th Street, Camp Parks
Attorney for Vinicio Gasca                                 Dublin, CA 94568

Kara Gasca
16964 Kennedy Road
Los Gatos, CA 95032

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this 20th day of February, 2007, at San Francisco, California.

        /S/
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

CERTIFICATE OF SERVICE  2
C 07-0273 SBA