1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6816
7  Facsimile: (415) 436-6748
   stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,        )    No. C 07-0273 SBA
13                                  )
              Plaintiff,            )    REQUEST FOR CLERK'S ENTRY OF
14                                  )    DEFAULT
         v.                         )
15                                  )
   ONE WALTHER MODEL P99, 9mm,      )
16 PISTOL SERIAL No. 1070349,       )
                                    )
17            Defendant.            )
                                    )
18
      TO:   RICHARD W. WIEKING, CLERK
19          UNITED STATES DISTRICT COURT,
            NORTHERN DISTRICT OF CALIFORNIA
20
      PLEASE ENTER THE DEFAULT in this action as to the above-captioned defendant
21
   Walther Model P99, 9mm Pistol Serial No. 1070349 for failure to plead or otherwise defend, as
22
   provided by Rule 55(a) of the Federal Rules of Civil Procedure.
23
      This request for entry of default is supported by the Declaration of Stephanie Hinds in
24
   support of plaintiff's motion for default.
25
   Dated:                               Respectfully submitted,
26
                                        SCOTT N. SCHOOLS
27                                      United States Attorney

28
                                        STEPHANIE M. HINDS
                                        Assistant United States Attorney