**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

April 25, 2007

RE:  <u>CV 07-00273 SBA</u>        <u>USA-v- ONE WALTHER MODEL P99</u>

Default is declined as to **Defendant Walther Model P99, 9mm Pistol Serial No. 1070349** on **04/25/2007.**

RICHARD W. WIEKING, Clerk

by:        /s/
       Jessie Mosley
       Case Systems Administrator