SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6816
   Facsimile: (415) 436-6748
   stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>ONE WALTHER MODEL P99, 9mm,<br>PISTOL SERIAL No. 1070349,<br><br>            Defendant. | No. C 07-0273 SBA<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date: April 26, 2007<br>Time: 2:30 p.m.<br>Place: Telephonic Conference Call |

The United States, the sole party in this action, submits this brief statement to advise the court of the current status of this action.

**1. Jurisdiction**

This Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355, and Title 18, United States Code, Section 924(d).

**2. Description of Case**

The United States brings this forfeiture action pursuant to Title 18, United States Code, Section 924(d). Section 924(d) provides for the forfeiture of firearms involved in violations of Title 18, United States Code, Sections 922(g)(1) and (g)(5). In its complaint, the government contends that there is sufficient evidence to believe that the defendant firearm was possessed by Vinicio Gasca, a convicted

felon and citizen of Mexico illegally in the United States, in violation of Title 18, United States Code, Sections 922(g)(1) and (g)(5). The gun was thus subject to forfeiture under section 924(d).

**3. Service/Parties to the Action**

The forfeiture complaint was filed on January 16, 2007. On January 22, 2007, the government served copies of the forfeiture complaint and notice of forfeiture action on the the two persons it believed had an interest in the gun – Vinicio Gasca and his wife, Kara Gasca. The government sent copies of the complaint and notice to Vinicio Gasca at FCI-Dublin, which was returned unopened. The government also served copies of the documents on Vinicio Gasca, through his criminal attorney Daniel Jensen, which is permissible notice under Rule G(4)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. Notwithstanding that service on Gasca has been satisfied upon service of his attorney, earlier today the government re-served the complaint and notice of this forfeiture action upon Vincio Gasca at CI Correctional Institution, located in California City.

In addition, the government served copies of the complaint and notice of forfeiture action by mail on Kara Gasca, at her last known address.

To date, no claims have been filed asserting an interest in the defendant firearm.

**4. Principal Factual and Legal Issues in Dispute**

Given that there is no adverse party in this action, there are no issues currently in dispute.

**5. Discovery/Disclosures**

There has been no discovery in the case to date.

**6. Relief/Damages**

Plaintiff seeks a judgment of forfeiture of the defendant fiream. This is not a damages case.

**7. Settlement**

n/a

STATUS CONFERENCE STATEMENT
C 07-0273 SBA
2

**8. Alternative Means of Disposition**

Plaintiff does not request reference to arbitration or to a United States Magistrate Judge for trial. Plaintiff further contends that this is not a case suitable for reference to a special master or judicial panel.

**9. Related Case:**

On September 22, 2006, the United States Attorney for the Northern District of California filed a superseding information charging GASCA with felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1); illegal re-entry following deportation, in violation of Title 8, United States Code, Section 1326; and passport fraud, in violation of Title 18, United States Section 1542. GASCA subsequently pled guilty to each of these offenses and admitted that he was an illegal alien, illegally possessed a firearm and was a prior convicted felon. GASCA is currently serving his 18 months imprisonment sentence.

**10. Other Matters**

On Tuesday, April 24, the government moved for the clerk's entry of default since no claims had been filed asserting an interest in the defendant firearm. Earlier today, the clerk of the court declined to enter a default.

DATED:                               Respectfully submitted,

                                     SCOTT N. SCHOOLS
                                     United States Attorney


                                     _____/s/_____
                                     STEPHANIE M. HINDS
                                     Assistant United States Attorney