SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6816
    Facsimile:  (415) 436-6748
    Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>            Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ) <br> ONE WALTHER MODEL P99, 9mm, ) <br> PISTOL SERIAL No. 1070349, ) <br> ) <br> ) <br>            Defendant. ) <br> _____) | **Case No.  C 07-0273 SBA** <br><br> **CERTIFICATE OF SERVICE** |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

- Complaint for Forfeiture;
- Notice of Forfeiture Action;
- Warrant of Arrest of Property in Rem;
- Standing Order;
- ECF Registration Information Handout;
- Notice of Availability of Magistrate Judge; and
- Dispute Resolution Procedures booklet
- Clerk's Notice (e-filed 02/16/07)

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Vinicio Gasca, Register Number 10564-111
CI California City Correctional Institution
P.O. Box 3001-0001
California City, CA 93504

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of April, 2007, at San Francisco, California.

                                  /S/
                                 CAROLYN JUSAY
                                 Legal Assistant
                                 Asset Forfeiture Unit