# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:4/26/07**

**C-07-00273 SBA**          **JUDGE:** **SAUNDRA BROWN ARMSTRONG**

**Title:**          USA vs.**ONE WALTHER MODEL P99**
**Atty.:**   NO APPEARANCE

**Deputy Clerk:** Lisa R. Clark          **Court Reporter:**
**PROCEEDINGS**
Plt   DFT
( )   ( ) **1.  TELEPHONE CASE MANAGEMENT CONFERENCE - NOT HELD**
( )   ( ) **2.**
( )   ( ) **3.**
( )   ( ) **4.**
( ) Motion(s)    ( ) Granted     ( ) Denied     ( ) Off Calendar
          ( ) Granted/Part   ( ) Denied/Part   ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

### RESULT OF CASE MANAGEMENT CONFERENCE
Case Continued to          for a Telephone Case Management Conference at  p.m.
Case Continued to  6/20/07 @ 4:00 PM  for  OSC RE: DISMISSAL
Case Continued to          for          Motion Hearing
Brief Sched. Motion papers by          Opposition by          Reply by
General Discovery Cut-off          Expert Discovery Cut-off
Plft to name Experts by          Deft to name Experts by
All Dispositive Motions to be heard by ( Motion Cut-off)
Case Continued to          for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due          Motions in limine/objections to evidence due          Responses to motions in limine and/or responses to objections to evidence due
Case Continued to          for Trial(Court/Jury:          Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE          FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes:  PARTIES FAILED TO FILE A JOINT CASE MANAGEMENT STATEMENT ; PLAINTIFF FAILED TO INITIATE THE CONFERENCE CALL; CASE SET FOR A OSC RE: DISMISSAL FOR FAILURE TO PROSECUTE
cc: JOHN