SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6816
   Facsimile: (415) 436-6748
   stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ONE WALTHER MODEL P99, 9mm,<br>PISTOL SERIAL No. 1070349,<br><br>        Defendant. | No. C 07-0273 SBA<br><br>**RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST TO VACATE AND/OR CONTINUE HEARING**<br><br>Date: June 20, 2007<br>Time: 4:00 p.m.<br>Place: Hon. Saundra Brown Armstrong |

    The United States, the sole party in this action, submits this response to the Order to Show Cause issued by the Court in this action.

    The United States commenced this civil forfeiture action with the filing of a civil forfeiture complaint on January 16, 2007. In its complaint, the government claimed there was sufficient evidence to believe that the defendant firearm was possessed by Vinicio Gasca, a convicted felon and citizen of Mexico illegally in the United States, in violation of Title 18, United States Code, Sections 922(g)(1) and (g)(5), and thus subject to forfeiture under Title 18, United States Code, Section 924(d). Specifically, the government alleged that on or about March 19, 1993, GASCA was convicted in the Superior Court of the State of California, San Diego County, of robbery – an felony in violation of Section 211 of the California Penal Code. On or about September 27, 1993, GASCA was arrested and deported from the

United States at Otay Mesa, California, pursuant to an order of deportation entered as a result of this conviction. On or about September 7, 2006, law enforcement agents served an illegally in the United States as he did not obtain permission from the Attorney General of the United States to re-enter the United States following his deportation in 1993. On September 22, 2006, the United States Attorney for the Northern District of California filed a superseding information charging GASCA with felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1); illegal re-entry following deportation, in violation of Title 8, United States Code, Section 1326; and passport fraud, in violation of Title 18, United States Section 1542. GASCA subsequently pled guilty to each of these offenses and admitted that he was an illegal alien, illegally possessed a firearm and was a prior convicted felon.

On January 22, 2007, the government served copies of the forfeiture complaint and notice of forfeiture action on the two persons it believed had an interest in the gun – Vinicio Gasca and his wife, Kara Gasca. The government sent copies of the complaint and notice to Vinicio Gasca at FCI-Dublin, which was returned unopened. The government also served copies of the documents on Vinicio Gasca, through his criminal attorney Daniel Jensen, which is permissible notice under Rule G(4)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. That same date, the government also served copies of the complaint and notice of forfeiture action by mail on Kara Gasca, at her last known address.

On or about April 25, 2007, the government re-served copies the complaint and notice of this forfeiture action upon Vincio Gasca at CI Correctional Institution, located in California City, where Gasca is currently serving his 18 months prison sentence.

To date, no claims have been filed asserting an interest in the defendant firearm in the forfeiture action.

On April 24, 2007, the government moved for the clerk's entry of default since no claims had been filed asserting an interest in the defendant firearm. The clerk of the court, however, declined to enter a default without explanation.

RESPONSE TO OSC                                                                                           2
C 07-0273 SBA

Thereafter, the Court held a telephonic case management conference on April 26, 2007. Unfortunately, government counsel was unable to appear due to the conflict arising from a meeting scheduled with the FBI on an unrelated matter. The FBI meeting, which commenced earlier than the time scheduled for the case management conference, ran well over. Following that meeting, the government attempted to contact the Court for the hearing, but was advised that the matter had been called and since no one appeared, an OSC was issued.

The government contends that this matter should not be dismissed since the government has been actively pursuing default proceedings. Indeed, were the Court to dismiss this action before a resolution is reached, the government will be forced to return the gun to GASCA, its felony owner, since no claims have been filed. Accordingly, the government urges the Court to not dismiss this action..

**REQUEST TO VACATE AND/OR CONTINUE HEARING**

The Court has scheduled the next hearing on this matter for June 20, 2007. Undersigned government counsel, however, is unavailable that date as she is currently scheduled to be in Los Angeles attending the graduation ceremony of her only niece. Accordingly, government counsel requests that the hearing in this matter be vacated (since government counsel is actively pursuing default proceedings) or alternatively, be continued for approximately one week to June 27, when undersigned counsel returns from Los Angeles.

DATED:                              Respectfully submitted,

                                    SCOTT N. SCHOOLS
                                    United States Attorney


                                    _____/s/_____
                                    STEPHANIE M. HINDS
                                    Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST TO VACATE AND/OR CONTINUE HEARING to be served this date via U.S. First Class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Daniel Jensen
4675 Steven Creek Blvd., Suite 250
Santa Clara, CA 95051
Attorney for Vinicio Gasca

Vinicio Gasca, Register Number 10564-111
CI California City Correctional Institution
P.O. Box 3001-0001
California City, CA 93504

Kara Gasca
16964 Kennedy Road
Los Gatos, CA 95032

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of June, 2007, at San Francisco, California.

    /S/
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

RESPONSE TO OSC
C 07-0273 SBA

4