**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ONE WALTHER MODEL P99 9 MM PISTOL,

    Defendant.

No. C 07-0273 SBA

**ORDER**

Plaintiff in the above-captioned case failed to initiate and participate in the Case Management Conference, scheduled for April 26, 2007, at 2:45 p.m.. On May 3, 2007, the Court issued an order to show cause why the above-captioned case should not be dismissed without prejudice for failure to prosecute. A hearing was set for June 20, 2007.

On June 8, 2007, the government filed a response to the order to show cause, explaining that government counsel was unable to appear due to a conflict arising from a meeting scheduled with the FBI on an unrelated matter. The FBI meeting, which commenced before the case management conference, ran well over. Following that meeting, the government attempted to contact the Court for the hearing, but was advised that the matter had been called and, since no one appeared, an order to show cause had been issued.

The government contends that this matter should not be dismissed because the government has been actively pursuing default proceedings. Moreover, the government argues, were the Court to dismiss this action before a resolution is reached, the government will be forced to return the gun to its felon owner, since no claims have been filed. Accordingly, the government urges the Court to not dismiss this action.

The Court finds that the government has been diligently pursuing default proceedings and therefore declines to dismiss the case, and the June 20, 2007 hearing on the order to show cause is hereby VACATED. However, government's counsel is admonished that any further unexcused failures to participate in case management conferences may result in dismissal of this case.

1     IT IS FURTHER ORDERED THAT a Case Management Conference is scheduled for **July 26, 2007 at 3:45 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

    IT IS SO ORDERED.

Date:  6/14/07

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge