SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6816
Facsimile: (415) 436-6748
stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE WALTHER MODEL P99, 9mm, PISTOL SERIAL No. 1070349,<br><br>    Defendant. | No. C 07-0273 SBA<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date: July 26, 2007<br>Time: 3:45 p.m.<br>Place: Hon. Saundra Brown Armstrong, Oakland |

The United States, the sole party in this action, submits this brief statement to advise the court of the current status of this action.

**1. Jurisdiction**

This Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355, and Title 18, United States Code, Section 924(d).

**2. Description of Case**

The United States commenced this civil forfeiture action with the filing of a civil forfeiture complaint on January 16, 2007. In its complaint, the government claimed there was sufficient evidence to believe that the defendant firearm was possessed by Vinicio Gasca, a convicted felon and citizen of Mexico illegally in the United States, in violation of Title 18, United States Code, Sections 922(g)(1) and

(g)(5), and thus subject to forfeiture under Title 18, United States Code, Section 924(d). Specifically, the government alleged that on or about March 19, 1993, GASCA was convicted in the Superior Court of the State of California, San Diego County, of robbery – an felony in violation of Section 211 of the California Penal Code. On or about September 27, 1993, GASCA was arrested and deported from the United States at Otay Mesa, California, pursuant to an order of deportation entered as a result of this conviction. On or about September 7, 2006, law enforcement agents served an illegally in the United States as he did not obtain permission from the Attorney General of the United States to re-enter the United States following his deportation in 1993. On September 22, 2006, the United States Attorney for the Northern District of California filed a superseding information charging GASCA with felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1); illegal re-entry following deportation, in violation of Title 8, United States Code, Section 1326; and passport fraud, in violation of Title 18, United States Section 1542. GASCA subsequently pled guilty to each of these offenses and admitted that he was an illegal alien, illegally possessed a firearm and was a prior convicted felon.

**3. Service/Parties to the Action**

On January 22, 2007, the government served copies of the forfeiture complaint and notice of forfeiture action on the two persons it believed had an interest in the gun – Vinicio Gasca and his wife, Kara Gasca. The government sent copies of the complaint and notice to Vinicio Gasca at FCI-Dublin, which was returned unopened. The government also served copies of the documents on Vinicio Gasca, through his criminal attorney Daniel Jensen, which is permissible notice under Rule G(4)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. That same date, the government also served copies of the complaint and notice of forfeiture action by mail on Kara Gasca, at her last known address.

On or about April 25, 2007, the government re-served copies the complaint and notice of this forfeiture action upon Vincio Gasca at CI Correctional Institution, located in California City, where Gasca is currently serving his 18 months prison sentence.

STATUS CONFERENCE STATEMENT                                                                                   2
C 07-0273 SBA

To date, no claims have been filed asserting an interest in the defendant firearm in the forfeiture action.

**4. Principal Factual and Legal Issues in Dispute**

Given that there is no adverse party in this action, there are no issues currently in dispute.

**5. Discovery/Disclosures**

There has been no discovery in the case to date.

**6. Relief/Damages**

Plaintiff seeks a judgment of forfeiture of the defendant fiream.   This is not a damages case.

**7. Motions**

The government intends to file another motion for default judgment should no party appear in opposition at the case management conference.

**8. Alternative Means of Disposition**

Plaintiff does not request reference to arbitration or to a United States Magistrate Judge for trial. Plaintiff further contends that this is not a case suitable for reference to a special master or judicial panel.

**9. Related Case:**

On September 22, 2006, the United States Attorney for the Northern District of California filed a superseding information charging GASCA with felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1); illegal re-entry following deportation, in violation of Title 8, United States Code, Section 1326; and passport fraud, in violation of Title 18, United States Section 1542.  GASCA subsequently pled guilty to each of these offenses and admitted that he was an illegal alien, illegally possessed a firearm and was a prior convicted felon.  GASCA is currently serving his 18 months imprisonment sentence.

//

//

**10. Other Matters**

On April 24, 2007, the government moved for the clerk's entry of default since no claims had been filed asserting an interest in the defendant firearm. The clerk of the court, however, declined to enter a default without explanation. The government will re-file its motion for default judgment.

DATED: 7/16/07                    Respectfully submitted,

                                  SCOTT N. SCHOOLS
                                  United States Attorney


                                  _____/s/_____
                                  STEPHANIE M. HINDS
                                  Assistant United States Attorney

STATUS CONFERENCE STATEMENT                                                            4
C 07-0273 SBA