# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 7/26/07

C-07-00273 SBA             **JUDGE: SAUNDRA BROWN ARMSTRONG**

**Title:**           USA vs.   ONE WALTHER MODEL P99

**Atty.:**   STEPHANIE HINDS             NO APPEARANCE

**Deputy Clerk:** Lisa R. Clark          **Court Reporter:**      N/R

**PROCEEDINGS**

Plt   DFT
( )  ( ) **1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )  ( ) 2.
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
             ( ) Granted/Part   ( ) Denied/Part   ( ) Submitted
( ) Order to be prepared by  ( ) Plaintiff  ( )Deft  ( ) Court

### RESULT OF CASE MANAGEMENT CONFERENCE

Case Continued to_____ for a Telephone Case Management Conference at p.m.
Case Continued to_____ for OSC RE:_____
Case Continued to **10/23/07 @ 1:00 PM** for **MOTION FOR DEFAULT JUDGMENT**
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off_____ Expert Discovery Cut-off_____
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____ Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:_____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
Notes:_____

_____ cc: