SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6816
    Facsimile: (415) 436-6748
    stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-0273 SBA |
| Plaintiff, | |
| v. | **APPLICATION TO EXTEND DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT** |
| ONE WALTHER MODEL P99, 9mm, PISTOL SERIAL No. 1070349, | |
| Defendant. | |

    The United States, the sole party in this action, hereby applies to this Court for an extension of the deadline by which to file its motion for default. This application is based upon the facts and circumstances set forth in the accompanying declaration of undersigned counsel and those matters contained in the file for which the Court can take judicial notice.

    On September 22, 2006, the United States Attorney for the Northern District of California filed a superseding information charging GASCA with felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1); illegal re-entry following deportation, in violation of Title 8, United States Code, Section 1326; and passport fraud, in violation of Title 18, United States Section 1542. GASCA subsequently pled guilty to each of these offenses and admitted that he was an illegal alien, illegally possessed a firearm and was a prior convicted felon. Declaration of Stephanie

1  Hinds (hereinafter "Hinds Decl.") at paragraph 2.

2  The United States commenced this civil forfeiture action with the filing of a civil forfeiture complaint on January 16, 2007. In its complaint, the government claimed there was sufficient evidence to believe that the defendant firearm was possessed by Vinicio Gasca, a convicted felon and citizen of Mexico illegally in the United States, in violation of Title 18, United States Code, Sections 922(g)(1) and (g)(5), and thus subject to forfeiture under Title 18, United States Code, Section 924(d). Id. at paragraph 3.

On January 22, 2007, the government served copies of the forfeiture complaint and notice of forfeiture action on the two persons it believed had an interest in the gun – Vinicio Gasca and his wife, Kara Gasca. The government sent copies of the complaint and notice to Vinicio Gasca at FCI-Dublin, which was returned unopened. The government also served copies of the documents on Vinicio Gasca, through his criminal attorney Daniel Jensen, which is permissible notice under Rule G(4)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. That same date, the government also served copies of the complaint and notice of forfeiture action by mail on Kara Gasca, at her last known address. Id. at paragraph 4.

On April 24, 2007, the government moved for the clerk's entry of default since no claims had been filed asserting an interest in the defendant firearm. The Clerk of the Court, however, declined to enter a default without explanation. Subsequently, the Clerk advised that it declined to enter a default because there was no proof that Gasca had been served.[1] Id. at paragraph 5.

On or about April 25, 2007, the government re-served copies the complaint and notice of this forfeiture action upon Vincio Gasca at CI Correctional Institution, located in California City, where Gasca is currently serving his 18 months prison sentence. Id. at paragraph 6.

On August 31, 2007, the government again caused copies of the Complaint and Notice of

---

[1] The government contends that service on Gasca was proper and complete when service was made on his criminal attorney, Daniel Jansen, pursuant to Rule G(4)(b)Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture, Federal Rules of Civil Procedure.

APPLICATION TO EXTEND DEADLINE
TO FILE MOTION FOR DEFAULT JUDGMENT                                2
C 07-0273 SBA

1  Forfeiture Action to be re-served upon Venicio Gasca, this time by hand delivery, by Case Manager
2  Shiela Chappell at California City Correctional Institute, California City, CA. Attached hereto as Exhibit
3  C is a true and correct copy of the Verification of Service. Id. at paragraph 7. Pursuant to Rule
4  G(4)(b)(ii), GASCA now has 35 days from the date of service (October 5, 2007) to file a claim. Id. at
5  paragrph 7.
6      At the last calling of this case on July 26, 2007, the Court set the deadline for a hearing on a motion
7  for default on October 23, 2007. The deadline to file the brief is September 18, 2007. In light of the
8  extension of time that Gasca now has to file a claim, the government request to extend its filing deadline
9  for a motion for default is appropriate.
10     Accordingly, the government requests that the deadline to file a motion for default be extended
11 until after October 5, 2007.

14 DATED: 8/31/07

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney

APPLICATION TO EXTEND DEADLINE
28 TO FILE MOTION FOR DEFAULT JUDGMENT    3
C 07-0273 SBA