SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6816
   Facsimile: (415) 436-6748
   Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-0273 SBA |
| Plaintiff, | [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT |
| v. | |
| ONE WALTHER MODEL P99, 9mm, PISTOL SERIAL No. 1070349, | |
| Defendant. | |

    Having considered the application to extend deadline to file motion for default judgment, declaration of Stephanie Hinds in support of the application and good cause appearing,

    IT IS HEREBY ORDERED that the deadline to file motion for default be extended until after October 5, 2007.

    IT IS SO ORDERED this ____ day of September, 2007.


_____
SAUNDRA B. ARMSTRONG
United States District Judge