SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6816
    Facsimile: (415) 436-6748
    Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 07-0273 SBA |
| Plaintiff, ) ) | **DECLARATION OF STEPHANIE HINDS IN SUPPORT OF APPLICATION TO EXTEND DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT** |
| v. ) ) | |
| ONE WALTHER MODEL P99, 9mm, ) PISTOL SERIAL No. 1070349, ) ) | |
| Defendant. ) | |

I, Stephanie M. Hinds, declare as follows:

1. I am an Assistant United States Attorney and represent the plaintiff in this action. I make this declaration in support of plaintiff's request to extend the deadline for the filing of a Motion for Default Judgment.

2. On September 22, 2006, the United States Attorney for the Northern District of California filed a superseding information charging GASCA with felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1); illegal re-entry following deportation, in violation of Title 8, United States Code, Section 1326; and passport fraud, in violation of Title 18, United States Section 1542. GASCA subsequently pled guilty to each of these offenses and admitted that he was an illegal alien, illegally possessed a firearm and was a prior convicted felon.

3. On January 16, 2007, the United States commenced the instant action with the filing of a Complaint For Forfeiture. In its Complaint, the United States alleges that the defendant firearm is subject to forfeiture, pursuant to Title 18, United States Code, Section 924(d)(1), as a firearm involved in violations of Title 18, United States Code, Sections 922(g)(1) and (g)(5), which was one of the charges underlying Gasca's criminal conviction. A true and correct copy of the Complaint is attached hereto as Exhibit A.

4. On January 22, 2007, the government served copies of the forfeiture complaint and notice of forfeiture action on the two persons it believed had an interest in the gun – Vinicio Gasca and his wife, Kara Gasca. The government sent copies of the complaint and notice to Vinicio Gasca at FCI-Dublin, which was returned unopened. The government also served copies of the documents on Vinicio Gasca, through his criminal attorney Daniel Jensen, which is permissible notice under Rule G(4)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. That same date, the government also served copies of the complaint and notice of forfeiture action by mail on Kara Gasca, at her last known address. Attached hereto as Exhibit B is a true and correct copy of the Certificate of Service.

5. On April 24, 2007, the government moved for the clerk's entry of default since no claims had been filed asserting an interest in the defendant firearm. The Clerk of the Court, however, declined to enter a default without explanation. Subsequently, the Clerk of the Court advised that entry of default was declined because there was no proof of service on Gasca.

6. On or about April 25, 2007, the government re-served, by mail, copies the complaint and notice of this forfeiture action upon Vincio Gasca at Cl Correctional Institution, located in California City, where Gasca is currently serving his 18 months prison sentence. The government has yet to receive confirmation that this mailing was received by Gasca.

7. On August 31, 2007, the government again caused copies of the Complaint and Notice of Forfeiture Action to be re-served upon Venicio Gasca, this time by hand delivery, by Case Manager Shiela Chappell at California City Correctional Institute, California City, CA. Attached hereto as Exhibit

DECLARATION OF HINDS IN SUPPORT APPLICATION TO EXTEND
DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT                    2
C 07-0273 SBA

1  C is a true and correct copy of the Verification of Service.

2  7. With the new service date of August 31, 2007, Gasca has until October 5, 2007 (35 days after service) to file a claim to the property.

8. The date currently set for the government to file its motion for default judgment is September 18, 2007, two weeks prior to the date for the claim deadline. A request for a continuance of the filing date is thus appropriate..

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of August, 2007 in San Francisco, California.

STEPHANIE M. HINDS
Assistant United States Attorney

DECLARATION OF HINDS IN SUPPORT APPLICATION TO EXTEND
DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT        3
C 07-0273 SBA

# EXHIBIT A

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6816
7      Facsimile: (415) 436-6748
       email:    stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff

**E-Filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) | |
| v. | ) | C 07 0273 |
| ONE WALTHER MODEL P99, 9mm, PISTOL, SERIAL No. 1070349, | ) | **COMPLAINT FOR FORFEITURE** |
| Defendant. | ) | |

In this *in rem* forfeiture action, the United States alleges:

### JURISDICTION

1.  Plaintiff brings this action *in rem* to forfeit and condemn the defendant Walther Model P99 9mm pistol, serial number 1070349, pursuant to Title 18, United States Code, Section 924(d)(1). This Court has jurisdiction under Title 28, United States Code, Sections 1345 and 1355.

COMPLAINT FOR FORFEITURE                                                                               1

## PARTIES

2. Plaintiff is the United States of America.

3. Defendant is one Walther Model P99 9mm pistol, serial number 1070349 (hereafter, the "defendant firearm"), seized from the residence of Kara Gasca and Vinicio Gasca (aka Vinicio Fabian-Salazar) as a firearm involved in violations of Title 18, United States Code, Sections 922(g)(1) and (g)(5) and thus subject to forfeiture under Title 18, United States Code, Section 924(d)(1).

## VENUE

4. Venue lies in the Northern District of California pursuant to Title 28, United States Code §§ 1355(b) and 1395(a) and (b), as the acts giving rise to this in rem action occurred in this district and the defendant firearm was seized and is located in this district.

## INTRADISTRICT ASSIGNMENT

5. This matter arises in the county of Santa Clara because a substantial part of the events which give rise to plaintiff's claims occurred in that county. Additionally, the allegations set forth below are based, in large part, on the investigation related to criminal action captioned United States v. Vinicio Gasca, CR 06-0576 JF, previously pending in San Jose. Accordingly, pursuant to Civil Local Rule 3-12 and Criminal Local Rule 8-1, this matter should be assigned to the Honorable Jeremy Fogel, United States District Judge, in San Jose.

## FACTS

6. Plaintiff incorporates by reference the allegations of paragraphs one through five as though fully set forth herein.

7. Vinicio Gasca (aka Vinicio Fabian-Salazar) (hereinafter "GASCA") is a native and citizen of Mexico.

8. On or about March 19, 1993, GASCA was convicted in the Superior Court of the State of California, San Diego County, of robbery – an felony in violation of Section 211 of the California Penal Code. For this offense, GASCA was sentenced to 365 days of confinement. This offense constitutes an "aggravated felony" as defined in Title 8, United States Code, Section

COMPLAINT FOR FORFEITURE 2

1101(a)(43)(G).

9. On or about September 27, 1993, GASCA was arrested and deported from the United States at Otay Mesa, California, pursuant to an order of deportation entered after his conviction as described in paragraph 8 above.

10. On or about September 7, 2006, law enforcement agents served an arrest warrant for GASCA at his residence located at 16964 Kennedy Road, Los Gatos, California. GASCA was found at the residence, along with his wife Kara Gasca. GASCA was illegally in the United States as he did not obtain permission from the Attorney General of the United States to re-enter the United States following his deportation in 1993.

11. While at the residence, the agents learned that the Gascas maintained a gun safe in their bedroom where the defendant pistol and a shotgun were stored. The keys for the safe were observed on the top of a cabinet in the bedroom in plain view. Agents subsequently sought and obtained a federal search warrant for the safe. In the safe, agents located the defendant firearm, nine rounds of R-P, 9mm ammunition and a gun cleaning kit. The shotgun was not located at the residence.

12. On September 8, 2006, Kara Gasca contacted law enforcement agents and advised them of the location of the missing shotgun. At approximately 4:55 p.m., Kara Gasca met with agents in San Jose and led them to a storage unit in a fourplex located at 792 Warring Drive, San Jose. Kara Gasca provided the agents with the key to the storage unit wherein they discovered a Winchester Model 1300 Defender shotgun bearing serial number L3473869, 155 rounds of 12 gauge shotgun ammunition and 157 rounds of 9mm ammunition, all in a green tote bag. According to Kara Gasca, she retrieved the keys for the storage unit at her house where her husband (GASCA) stored it. The shotgun (and all seized ammunition) were subsequently administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

13. Although the defendant firearm is registered to Kara Gasca, Vinicio GASCA had access and constructive possession of the defendant firearm. In addition, on the date of the execution of the search warrant at the residence, agents located a set of keys which Kara Gasca

1  identified as belonging to her husband. This key ring contained a key ring that opened the gun
2  safe that contained the defendant firearm.
3      14.    The defendant firearm was manufactured in Germany. The shotgun was
4  manufactured in Connecticut.
5      15.    On September 22, 2006, the United States Attorney for the Northern District of
6  California filed a superseding information charging GASCA with felon in possession of a firearm
7  and ammunition, in violation of Title 18, United States Code, Section 922(g)(1); illegal re-entry
8  following deportation, in violation of Title 8, United States Code, Section 1326; and passport
9  fraud, in violation of Title 18, United States Section 1542. GASCA subsequently pled guilty to
10 each of these offenses and admitted that he was an illegal alien, illegally possessed a firearm and
11 was a prior convicted felon. GASCA is currently serving his 18 months imprisonment sentence.

**FIRST CLAIM FOR RELIEF**
**18 U.S.C. § 924(d)(1)**
**(forfeiture of firearm possessed by felon)**

16.    Plaintiff incorporates by reference the allegations of paragraphs one through 15 as though fully set forth.

17.    Title 18, United States Code, Section 924(d)(1) provides for the forfeiture of any firearm that was involved in or used in a knowing violation of Title 18, United States Code, Section 922(g).

18.    Title 18, United States Code, Section 922(g)(1) makes it unlawful for a person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess in or affecting commerce, any firearm or ammunition.

19.    In light of the foregoing and considering the totality of the circumstances, the defendant firearm is subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 924(d)(1), as property illegally possessed by a felon.

## SECOND CLAIM FOR RELIEF

## 18 U.S.C. § 924(d)(1)

### (forfeiture of firearm possessed by illegal alien)

20. Plaintiff incorporates by reference the allegations of paragraphs one through 19 as though fully set forth.

21. Title 18, United States Code, Section 924(d)(1) provides for the forfeiture of any firearm that was involved in or used in a knowing violation of Title 18, United States Code, Section 922(g).

22. Title 18, United States Code, Section 922(g)(5)(A) makes it unlawful for a person who, being an alien, is illegally or unlawfully in the United States, to possess in or affecting commerce, any firearm or ammunition.

23. In light of the foregoing and considering the totality of the circumstances, the defendant firearm is subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 924(d)(1), as property illegally possessed by a felon.

## PRAYER FOR RELIEF

24. Plaintiff prays that due process issue to enforce the forfeiture of the defendant firearm, that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed, that judgment of forfeiture be entered against the defendant firearm, and that plaintiff be awarded such other relief as may be proper and just.

Dated: January 16, 2007         Respectfully submitted,

                                KEVIN V. RYAN
                                United States Attorney

                                _____
                                STEPHANIE HINDS
                                Assistant United States Attorney

COMPLAINT FOR FORFEITURE                                              5

## VERIFICATION

I, DENNIS LARKO, states as follows:

1. I am a Special Agent for the United States Bureau of Immigration and Customs Enforcement. I am familiar with the facts in the investigation leading to the filing of this Complaint for Forfeiture.

2. I have read the Complaint for Forfeiture and based upon review of relevant investigative reports, review of documentary evidence, discussions with other persons involved in the investigation and participation in the investigation, I believe that the allegations contained therein are true.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this ____ day of January 2007, in San Jose, California.

_____
DENNIS LARKO

COMPLAINT FOR FORFEITURE                                                              7

**EXHIBIT B**

KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6816
    Facsimile:  (415) 436-6748
    Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE WALTHER MODEL P99, 9mm,<br>PISTOL SERIAL No. 1070349,<br><br>    Defendant. | Case No.  C 07-0273 SBA<br><br>**CERTIFICATE OF SERVICE** |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

- Complaint for Forfeiture;
- Notice of Forfeiture Action;
- Warrant of Arrest of Property in Rem;
- Standing Order;
- ECF Registration Information Handout;
- Notice of Availability of Magistrate Judge; and
- Dispute Resolution Procedures booklet

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Daniel Jensen
4675 Steven Creek Blvd., Suite 250
Santa Clara, CA 95051
Attorney for Vinicio Gasca

Vinicio Gasca, Register Number 10564-111
FCI Dublin
5701 8th Street, Camp Parks
Dublin, CA 94568

Kara Gasca
16964 Kennedy Road
Los Gatos, CA 95032

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of January, 2007, at San Francisco, California.

*Carolyn Jusay*
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

CERTIFICATE OF SERVICE
C 07-0273 SBA

2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kara Gasca
   16964 Kennedy Road
   Los Gatos, CA 95032

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Valeria Alcala
B. Date of Delivery: 1/24/07
C. Signature: X Valeria Alcala
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7000 0520 0025 3529 1685

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Daniel Jensen, Esq
   4675 Steven Creek Blvd., Suite 250
   Santa Clara, CA 95051

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly):
B. Date of Delivery:
C. Signature: X
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7000 0520 0025 3529 1692

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**EXHIBIT C**

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3401
    Telephone: (415) 436-6816
    Facsimile: (415) 436-6748
    Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ONE WALTHER MODEL P99, 9mm, PISTOL SERIAL No. 1070349,<br><br>    Defendant. | Case No. C 07-0273 SBA<br><br>**VERIFICATION OF SERVICE** |

I, Sheila Chappell, Case Manager with the California City Correctional Center, hereby state as follows:

On the __30th__ day of August, 2007, I served Venicio Gasca a copy of the Government Complaint for Forfeiture, Notice of Forfeiture Complaint, Request for Clerk's Default, Declaration of Stephanie Hinds in Support of Request for Clerk's Entry of Default and other related court documents on __CI California City Correctional Institution, 22844 Virginia Boulevard, California City, CA 93504__.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __30th__ day of August, 2007 at __California City__, California.

                                                      _/s/ Sheila Chappell_
                                                      SHEILA CHAPPELL
                                                      Case Manager, California City Correctional Center

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the United States Attorneys Office, and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Motion to Extend Filing Deadline For Application For Default Judgment
- Declaration of Stephanie Hinds in Support of Application to Extend Deadline to File Motion For Default Judgment

to be served this date by U.S. first class, certified mail delivery to the following persons at the place and address which is/are the last known address:

Daniel Jensen
4675 Steven Creek Blvd., Suite 250
Santa Clara, CA 95051
Attorney for Vinicio Gasca

Vinicio Gasca, Register Number 10564-111
CI California City Correctional Institution
P.O. Box 3001-0001
California City, CA 93504

Kara Gasca
16964 Kennedy Road
Los Gatos, CA 95032

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of September, 2007, at San Francisco, California.

*Carolyn Jusay*
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit

DECLARATION OF HINDS IN SUPPORT APPLICATION TO EXTEND
DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT        4
C 07-0273 SBA