**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

UNITED STATES OF AMERICA,                                    No.  C 07-0273 SBA

      Plaintiff,                                              **ORDER**

  v.

ONE WALTHER MODEL P99 9 MM PISTOL,

      Defendant.

_____

     On September 13, 2007, the United States filed a Motion for Extension of Time to File a Motion for Default Judgment [Docket No. 38].  Good cause appearing,

     IT IS HEREBY ORDERED THAT the October 23, 2007 hearing date on plaintiff's motion for default judgment is CONTINUED to November 27, 2007 at 1:00 p.m.

     IT IS SO ORDERED.

Date:   9/14/07

                                  *Saundra B Armstrong*

                                  Saundra Brown Armstrong

                                  United States District Judge