1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, CA 94102-3401
   Telephone: (415) 436-6816
7  Facsimile: (415) 436-6748
   Email: stephanie.hinds@usdoj.gov
8  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        OAKLAND DIVISION
11
   UNITED STATES OF AMERICA,              )   **Case No.  C 07-0273 SBA**
12                                        )
                    Plaintiff,            )
13                                        )   **VERIFICATION OF SERVICE**
                                          )
14       v.                               )
                                          )
   ONE WALTHER MODEL P99, 9mm, PISTOL     )
15 SERIAL No. 1070349,                    )
                                          )
16                  Defendant.            )
                                          )
17
       I, Sheila Chappell, Case Manager with the California City Correctional Center, hereby state

18 as follows:

19     On the _30th_ day of August, 2007, I served Venicio Gasca a copy of the Government

20 Complaint for Forfeiture, Notice of Forfeiture Complaint, Request for Clerk's Default,

21 Declaration of Stephanie Hinds in Support of Request for Clerk's Entry of Default and other

22 related court documents on  CI California City Correctional Institution, 22844 Virginia

23 Boulevard, California City, CA 93504 .

24     I declare under penalty of perjury that the foregoing is true and correct to the best of my

25 knowledge.

26     Executed this _30th_ day of August, 2007 at _California City_ California.

27

28
                                   _Sheila Chappel_
                                   SHEILA CHAPPELL
                                   Case Manager, California City Correctional Center