SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6816
   Facsimile: (415) 436-6748
   stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. C 07-0273 SBA |
|---|---|
| Plaintiff, | ) REQUEST FOR CLERK'S ENTRY OF DEFAULT |
| v. | ) |
| ONE WALTHER MODEL P99, 9mm, PISTOL SERIAL No. 1070349, | ) |
| Defendant. | ) |

TO:   RICHARD W. WIEKING, CLERK
      UNITED STATES DISTRICT COURT,
      NORTHERN DISTRICT OF CALIFORNIA

PLEASE ENTER THE DEFAULT in this action as to the above-captioned defendant Walther Model P99, 9mm Pistol Serial No. 1070349 for failure to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This request for entry of default is supported by the Declaration of Stephanie Hinds in support of plaintiff's motion for default.

Dated: 10/10/07

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney