SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6816
    Facsimile: (415) 436-6748
    Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | No. C 07-0273 SBA |
|                 Plaintiff,   ) | **DECLARATION OF STEPHANIE HINDS** |
|                 ) | **IN SUPPORT OF REQUEST FOR** |
|           v.         ) | **CLERK'S ENTRY OF DEFAULT** |
|                 ) | |
| ONE WALTHER MODEL P99, 9mm,   ) | |
| PISTOL SERIAL No. 1070349,      ) | |
|                 ) | |
|             Defendant.   ) | |

I, Stephanie M. Hinds, declare as follows:

1.  I am an Assistant United States Attorney and represent the plaintiff in this action.  I make this declaration in support of plaintiff's request for the Court's entry of default of the defendant Walther Model P99, 9mm Pistol Serial No. 1070349 (hereinafter as "firearm").

2.  On January 16, 2007,  the United States commenced the instant action with the filing of a Complaint For Forfeiture.  In its Complaint, the United States alleges that the defendant firearm is subject to forfeiture, pursuant to Title 18, United States Code, Section 924(d)(1), as a firearm involved in violations of Title 18, United States Code, Sections 922(g)(1) and (g)(5). A true and correct copy of the Complaint is attached hereto as Exhibit A.

1    3. On January 22, 2007, copies of the Complaint and Notice of Forfeiture Action were

2    among the documents served upon Kara Gasca, Venicio Gasca and Venicio Gasca's criminal

3    attorney, Daniel Jensen, the parties known to have an interest in the defendant firearm. Attached

4    hereto as Exhibit B is a true and correct copy of the Certificate of Service.

5    4. On August 30, 2007, copies of the Complaint and Notice of Forfeiture Action were

6    among the documents re-served upon Venicio Gasca, this time by hand delivery by Case

7    Manager, Sheila Chappell at California City Correctional Institute, California City, CA.

8    Attached hereto as Exhibit C is a true and correct copy of the Verification of Service

9    5. To date, no claims nor Answers have been filed in this action.

10   I declare under penalty of perjury that the foregoing is true and correct.

11   Executed this 16th day of October, 2007 in San Francisco, California.

13
14                              STEPHANIE M. HINDS
                                Assistant United States Attorney

15
16
17
18
19
20
21
22
23
24
25
26
27
28   DECLARATION OF HINDS IN SUPPORT OF REQUEST FOR CLERK'S DEFAULT                2
     C 07-0273 SBA

1

CERTIFICATE OF SERVICE

2    The undersigned hereby certifies that she is an employee in the United States Attorneys

3    Office, and is a person of such age and discretion to be competent to serve papers. The

4    undersigned further certifies that she caused a copy of

5        •       Request for Clerk's Entry of Default

6        •       Declaration of Stephanie Hinds in Support of Request for Clerk's Entry of Default

7    to be served this date by U.S. first class, certified mail delivery to the following persons at the

8    place and address which is/are the last known address:

9

10   Daniel Jensen                          Vinicio Gasca, Register Number 10564-111
     4675 Steven Creek Blvd., Suite 250     CI California City Correctional Institute
     Santa Clara, CA 95051                  P.O. Box 3001-0001
11   Attorney for Vinicio Gasca             California City, CA 93504

12   Kara Gasca
     16964 Kennedy Road
13   Los Gatos, CA 95032

14
     I declare under penalty of perjury under the laws of the United States of America that the
15
     foregoing is true and correct.
16
     Executed this _11th_ day of October, 2007, at San Francisco, California.
17

18

19   CAROLYN JUSAY
     Legal Assistant
20   Asset Forfeiture Unit

21

22

23

24

25

26

27

28

**EXHIBIT A**

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6816
7      Facsimile: (415) 436-6748
       email:    stephanie.hinds@usdoj.gov
8
9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,              )    No.
                                           )
14                        Plaintiff,       )
                                           )
15            v.                           )
                                           )
16                                         )
    ONE WALTHER MODEL P99, 9mm, PISTOL,)       COMPLAINT FOR FORFEITURE
17  SERIAL No. 1070349,                    )
                                           )
18                        Defendant.       )
                                           )
19

20  In this in rem forfeiture action, the United States alleges:

21

22                        JURISDICTION

23      1.    Plaintiff brings this action in rem to forfeit and condemn the defendant Walther

24  Model P99 9mm pistol, serial number 1070349 , pursuant to Title 18, United States Code,

25  Section 924(d)(1). This Court has jurisdiction under Title 28, United States Code, Sections 1345

26  and 1355.

27

28

    COMPLAINT FOR FORFEITURE                                                              1

1

**PARTIES**

2    2.    Plaintiff is the United States of America.

3    3.    Defendant is one Walther Model P99 9mm pistol, serial number 1070349

4  (hereafter, the "defendant firearm"), seized from the residence of Kara Gasca and Vinicio Gasca

5  (aka Vinicio Fabian-Salazar) as a firearm involved in violations of Title 18, United States Code,

6  Sections 922(g)(1) and (g)(5) and thus subject to forfeiture under Title 18, United States Code,

7  Section 924(d)(1).

8

**VENUE**

9    4.    Venue lies in the Northern District of California pursuant to Title 28, United

10  States Code §§ 1355(b) and 1395(a) and (b), as the acts giving rise to this in rem action occurred

11  in this district and the defendant firearm was seized and is located in this district.

12

**INTRADISTRICT ASSIGNMENT**

13    5.    This matter arises in the county of Santa Clara because a substantial part of the

14  events which give rise to plaintiff's claims occurred in that county.  Additionally, the allegations

15  set forth below are based, in large part, on the investigation related to criminal action captioned

16  United States v. Vinicio Gasca, CR 06-0576 JF, previously pending in San Jose.  Accordingly,

17  pursuant to Civil Local Rule 3-12 and Criminal Local Rule 8-1, this matter should be assigned to

18  the Honorable Jeremy Fogel, United States District Judge, in San Jose.

19

**FACTS**

20    6.    Plaintiff incorporates by reference the allegations of paragraphs one through five

21  as though fully set forth herein.

22    7.    Vinicio Gasca (aka Vinicio Fabian-Salazar) (hereinafter "GASCA") is a native

23  and citizen of Mexico.

24    8.    On or about March 19, 1993, GASCA was convicted in the Superior Court of the

25  State of California, San Diego County, of robbery – an felony in violation of Section 211 of the

26  California Penal Code.  For this offense, GASCA was sentenced to 365 days of confinement.

27  This offense constitutes an "aggravated felony" as defined in Title 8, United States Code, Section

28

COMPLAINT FOR FORFEITURE                                                              2

1   1101(a)(43)(G).

2       9.    On or about September 27, 1993, GASCA was arrested and deported from the

3   United States at Otay Mesa, California, pursuant to an order of deportation entered after his

4   conviction as described in paragraph 8 above.

5       10.   On or about September 7, 2006, law enforcement agents served an arrest warrant

6   for GASCA at his residence located at 16964 Kennedy Road, Los Gatos, California. GASCA

7   was found at the residence, along with his wife Kara Gasca. GASCA was illegally in the United

8   States as he did not obtain permission from the Attorney General of the United States to re-enter

9   the United States following his deportation in 1993.

10      11.   While at the residence, the agents learned that the Gascas maintained a gun safe in

11  their bedroom where the defendant pistol and a shotgun were stored. The keys for the safe were

12  observed on the top of a cabinet in the bedroom in plain view. Agents subsequently sought and

13  obtained a federal search warrant for the safe. In the safe, agents located the defendant firearm,

14  nine rounds of R-P, 9mm ammunition and a gun cleaning kit. The shotgun was not located at the

15  residence.

16      12.   On September 8, 2006, Kara Gasca contacted law enforcement agents and advised

17  them of the location of the missing shotgun. At approximately 4:55 p.m., Kara Gasca met with

18  agents in San Jose and led them to a storage unit in a fourplex located at 792 Warring Drive, San

19  Jose. Kara Gasca provided the agents with the key to the storage unit wherein they discovered a

20  Winchester Model 1300 Defender shotgun bearing serial number L3473869, 155 rounds of 12

21  gauge shotgun ammunition and 157 rounds of 9mm ammunition, all in a green tote bag.

22  According to Kara Gasca, she retrieved the keys for the storage unit at her house where her

23  husband (GASCA) stored it. The shotgun (and all seized ammunition) were subsequently

24  administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

25      13.   Although the defendant firearm is registered to Kara Gasca, Vinicio GASCA had

26  access and constructive possession of the defendant firearm. In addition, on the date of the

27  execution of the search warrant at the residence, agents located a set of keys which Kara Gasca

28

COMPLAINT FOR FORFEITURE                                                              3

1    identified as belonging to her husband.  This key ring contained a key ring that opened the gun

2    safe that contained the defendant firearm.

3          14.    The defendant firearm was manufactured in Germany.  The shotgun was

4    manufactured in Connecticut.

5          15.    On September 22, 2006, the United States Attorney for the Northern District of

6    California filed a superseding information charging GASCA with felon in possession of a firearm

7    and ammunition, in violation of Title 18, United States Code, Section 922(g)(1); illegal re-entry

8    following deportation, in violation of Title 8, United States Code, Section 1326; and passport

9    fraud, in violation of Title 18, United States Section 1542.  GASCA subsequently pled guilty to

10   each of these offenses and admitted that he was an illegal alien, illegally possessed a firearm and

11   was a prior convicted felon.  GASCA is currently serving his 18 months imprisonment sentence.

12

13                          **FIRST CLAIM FOR RELIEF**
                            **18 U.S.C. § 924(d)(1)**
14                  **(forfeiture of firearm possessed by felon)**

15         16.    Plaintiff incorporates by reference the allegations of paragraphs one through 15 as

16   though fully set forth.

17         17.    Title 18, United States Code, Section 924(d)(1) provides for the forfeiture of any

18   firearm that was involved in or used in a knowing violation of Title 18, United States Code,

19   Section 922(g).

20         18.    Title 18, United States Code, Section 922(g)(1) makes it unlawful for a person

21   who has been convicted in any court of a crime punishable by imprisonment for a term exceeding

22   one year to possess in or affecting commerce, any firearm or ammunition.

23         19.    In light of the foregoing and considering the totality of the circumstances, the

24   defendant firearm is subject to forfeiture to the United States pursuant to Title 18, United States

25   Code, Section 924(d)(1), as property illegally possessed by a felon.

26

27

28

COMPLAINT FOR FORFEITURE                                                                4

1
2

**SECOND CLAIM FOR RELIEF**

18 U.S.C. § 924(d)(1)

**(forfeiture of firearm possessed by illegal alien)**

3

4    20.    Plaintiff incorporates by reference the allegations of paragraphs one through 19 as
5    though fully set forth.

6    21.    Title 18, United States Code, Section 924(d)(1) provides for the forfeiture of any
7    firearm that was involved in or used in a knowing violation of Title 18, United States Code,
8    Section 922(g).

9    22.    Title 18, United States Code, Section 922(g)(5)(A) makes it unlawful for a person
10   who, being an alien, is illegally or unlawfully in the United States, to possess in or affecting
11   commerce, any firearm or ammunition.

12   23.    In light of the foregoing and considering the totality of the circumstances, the
13   defendant firearm is subject to forfeiture to the United States pursuant to Title 18, United States
14   Code, Section 924(d)(1), as property illegally possessed by a felon.

15

**PRAYER FOR RELIEF**

16   24.    Plaintiff prays that due process issue to enforce the forfeiture of the defendant
17   firearm, that due notice be given to all interested parties to appear and show cause why the
18   forfeiture should not be decreed, that judgment of forfeiture be entered against the defendant
19
20   firearm, and that plaintiff be awarded such other relief as may be proper and just.

21

22   Dated: January 16, 2007                    Respectfully submitted,

23
24                                             KEVIN V. RYAN
                                               United States Attorney
25

26
                                               STEPHANIE HINDS
27                                             Assistant United States Attorney

28

## VERIFICATION

I, DENNIS LARKO, states as follows:

1. I am a Special Agent for the United States Bureau of Immigration and Customs Enforcement. I am familiar with the facts in the investigation leading to the filing of this Complaint for Forfeiture.

2. I have read the Complaint for Forfeiture and based upon review of relevant investigative reports, review of documentary evidence, discussions with other persons involved in the investigation and participation in the investigation, I believe that the allegations contained therein are true.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this ____ day of January 2007, in San Jose, California.

_____
DENNIS LARKO

COMPLAINT FOR FORFEITURE

7

**EXHIBIT B**

1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6816

7 | Facsimile: (415) 436-6748
Email: stephanie.hinds@usdoj.gov

8

Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. C 07-0273 SBA** |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **CERTIFICATE OF SERVICE** |
| ONE WALTHER MODEL P99, 9mm, PISTOL SERIAL No. 1070349, | ) ) ) ) | |
| Defendant. | ) ) ) | |

The undersigned hereby certifies that she is an employee in the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers. The undersigned further certifies that she caused a copy of

- Complaint for Forfeiture;
- Notice of Forfeiture Action;
- Warrant of Arrest of Property in Rem;
- Standing Order;
- ECF Registration Information Handout;
- Notice of Availability of Magistrate Judge; and
- Dispute Resolution Procedures booklet

1 | to be served this date via certified mail delivery upon the person(s) below at the place(s) and

2 | address(es) which is the last known address(es):

3

4 | Daniel Jensen                              Vinicio Gasca, Register Number 10564-111
   | 4675 Steven Creek Blvd., Suite 250        FCI Dublin
   | Santa Clara, CA 95051                     5701 8th Street, Camp Parks

5 | Attorney for Vinicio Gasca                 Dublin, CA 94568

6 | Kara Gasca
   | 16964 Kennedy Road

7 | Los Gatos, CA 95032

8

   I declare under penalty of perjury under the laws of the United States of America that the

9 | foregoing is true and correct.

10   Executed this 22nd day of January, 2007, at San Francisco, California.

11

12

13                                          CAROLYN JUSAY

14                                          Legal Assistant
                                            Asset Forfeiture Unit

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                          2
C 07-0273 SBA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kara Gasca
16964 Kennedy Road
Los Gatos, CA 95032

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Valeria Alcala    B. Date of Delivery: 1/24/07

C. Signature
X Valeria Alcala    ☐ Agent    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7000  0520  0025  3529  1685

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Daniel Jensen, Esq
4675 Steven Creek Blvd., Suite 250
Santa Clara, CA 95051

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X    ☐ Agent    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7000  0520  0025  3529  1692

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**EXHIBIT C**

SEP-13-2007 THU 10:18 AM ATF SJFO                        FAX NO. 408 882 5201           P. 02

1    SCOTT N. SCHOOLS (SCBN 9990)
     United States Attorney
2
     BRIAN J. STRETCH (CSBN 163973)
3    Chief, Criminal Division

4    STEPHANIE M. HINDS (CSBN 154284)
     Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6    San Francisco, CA 94102-3401
     Telephone: (415) 436-6816
7    Facsimile: (415) 436-6748
     Email: stephanie.hinds@usdoj.gov
8    Attorneys for Plaintiff

                   UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                     OAKLAND DIVISION
11
   UNITED STATES OF AMERICA,      )   **Case No. C 07-0273 SBA**
12                            )
            Plaintiff,          )
13                            )   **VERIFICATION OF SERVICE**
        v.                     )
14                            )
   ONE WALTHER MODEL P99, 9mm, PISTOL  )
15    SERIAL No. 1070349,          )
                           )
16           Defendant.       )
                           )
17 _____

18       I, Sheila Chappell, Case Manager with the California City Correctional Center, hereby state
   as follows:
19
      On the ___30th___ day of August, 2007, I served Venicio Gasca a copy of the Government
20
   Complaint for Forfeiture, Notice of Forfeiture Complaint, Request for Clerk's Default,
21
   Declaration of Stephanie Hinds in Support of Request for Clerk's Entry of Default and other
22
   related court documents on _CI California City Correctional Institution, 22844 Virginia
23
   Boulevard, California City, CA 93504_.
24
      I declare under penalty of perjury that the foregoing is true and correct to the best of my
25
   knowledge.
26
      Executed this 30th day of August, 2007 at _California City_ California.
27

28
                           SHEILA CHAPPELL
                           Case Manager, California City Correctional Center