**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

October 15, 2007

RE:  CV 07-00273 SBA          USA-v- ONE WALTHER MODEL P99

Default is entered as to **Defendant Walther Model P99, 9mm Pistol Serial No. 1070349** on **10/15/2007.**

                      RICHARD W. WIEKING, Clerk

                      by:    /s/  
                            Jessie Mosley  
                      Case Systems Administrator

NDC TR-4  Rev. 3/89