**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

UNITED STATES OF AMERICA,  No. C 07-0273 SBA

    Plaintiff,  **ORDER**

  v.

ONE WALTHER MODEL P99 9 MM PISTOL,

    Defendant.

Upon review, this action appears to concern the same parties, transactions and events as *United States v. Vinicio Gasca*, Case No. CR 06-00576 JF. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Jeremy Fogel for the purpose of determining whether it is related to that case as defined in Civil Local Rule 3-12(a).

IT IS FURTHER ORDERED THAT the November 27, 2007 hearing on the United States' as yet unfiled motion for default judgment is hereby VACATED.

IT IS SO ORDERED.

Date:  10/16/07

                                                Saundra Brown Armstrong
                                                United States District Judge