UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>V.<br>ONE WALTHER MODEL P99,<br>          Defendant. | Case Number CV-07-273-JF<br><br>Status Conference<br><br>March 7, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Status Conference has been set on March 7, 2008 at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

February 6, 2008                         For the Court
                                         Richard W. Wieking, Clerk


                                         By:___/s/_____
                                         Diana Munz
                                         Courtroom Deputy Clerk