UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Status Conference, April 25, 2008
**Case Number:** CV-07-273-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | UNITED STATES OF AMERICA | V. | ONE WALTHER MODEL P99 |
|---|---|---|---|
| | PLAINTIFF | | DEFENDANT |

Attorneys Present:                                     Attorneys Present:

PROCEEDINGS:
    Status conference held. The matter is taken off calendar. Default having been entered, the Court closes the case.